# UNITED STATES DISTRICT COURT

### for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

**U.S.A. vs. Anthony Antonio Bryant**                    **Docket No. 5:06-CR-85-1BO**

### Petition for Action on Supervised Release

COMES NOW Eddie J. Smith, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Anthony Antonio Bryant, who, upon an earlier plea of guilty to 18 U.S.C. §§ 922(g)(1) and 924, Possession of Firearm by Felon, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on November 21, 2006, to the custody of the Bureau of Prisons for a term of 60 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court and the following additional condition:

> The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Anthony Antonio Bryant was released from custody on August 20, 2010, at which time the term of supervised release commenced. On February 9, 2012, a violation report was submitted to the court reporting the defendant signed an admission acknowledging his use of cocaine on February 6, 2012. As a result, the defendant was re-enrolled in substance abuse counseling and the Surprise Urinalysis Program (SUP). The court agreed to continue supervision.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On February 27, 2012, the defendant submitted a urine sample that tested positive for cocaine. When confronted with the results, the defendant signed an admission acknowledging his use of cocaine on February 24, 2012. As a punitive sanction for this conduct, we are recommending that the conditions of supervision be modified to include six days in jail. The defendant will remain in SUP and substance abuse counseling.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

> The defendant shall be confined in the custody of the Bureau of Prisons for a period of 6 days, as arranged by the probation office, and shall abide by all rules and regulations of the designated facility.

Anthony Antonio Bryant
Docket No. 5:06-CR-85-1BO
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

/s/ Eddie J. Smith
Eddie J. Smith
U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: (910) 483-8613
Executed On: February 29, 2012

**ORDER OF COURT**

Considered and ordered this ___4___ day of ___March___, 2012, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge